ORIGINAL

CTJ/RMT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP – 9 2009

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | § |
| | | § |
| v. | | § |
| | | § |
| | | § |
| THOMAS L. GERRY, | (01) | § |
| a/k/a "Hammer", a/k/a "Zeke" | | § |
| JOHN REGINALD HOLT | (02) | § |
| STEVEN RAY ADAMS, | (03) | § |
| a/k/a "Duck" | | § |
| WADE PHILLIP SMITH | (04) | § |
| ROGER GEORGE FLITTIE | (05) | § |
| RENE GLORIA CRUZ | (06) | § |
| JUAN GLORIA CRUZ | (07) | § |
| HERBERT PHILIP ANDERSON | (08) | § |
| a/k/a "Andy" | | § |
| BRIAN EUGENE PERRYMAN | (09) | § |
| ROBERT LESLIE BAYS | (10) | § |
| FERRELL COLEMAN | (11) | § |
| ROBIN BERTHELOT | (12) | § |
| KENT DANIEL BURTON | (13) | § |
| KELLY JOSEPH MURPHY | (14) | § |
| LYDIA FAYE CEDILLO | (15) | § |
| GABRIEL HERNANDEZ | (16) | § |
| MIYOSHIA WYLYNN NANCE | (17) | § |
| a/k/a "Yodie" | | § |
| ZANA DANKO SESSIONS | (18) | § |

No. **4 - 09 C R - 1 1 5 - A**

**INDICTMENT**

## Count One
### Conspiracy to Distribute and Possess with Intent to Distribute
### More than 500 Grams of Methamphetamine
### (21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A))

Commencing on or about February 1, 2005, the exact date being unknown, and continuing thereafter until at least August 20, 2009, in the Fort Worth Division of the Northern District of Texas, and elsewhere, **Thomas L. Gerry,** also known as "Hammer" also known as " Zeke", **John Reginald Holt, Steven Ray Adams,** also known as "Duck", **Wade Phillip Smith, Roger George Flittie, Rene Gloria Cruz, Juan Gloria Cruz, Herbert Philip Anderson,** also known as "Andy", **Brian Eugene Perryman, Robert Leslie Bays, Ferrell Coleman, Robin Berthelot, Kent Daniel Burton, Kelly Joseph Murphy, Lydia Faye Cedillo, Gabriel Hernandez, Miyoshia Wylynn Nance,** also known as "Yodie", defendants, and others both known and unknown, did intentionally and knowingly combine, conspire, confederate and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1), namely to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance; and that such conspiracy involved among all of its participants more than 500 grams of a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 846 (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)).

<u>Count Two</u>
Unlawful Use of a Communication Facility
21 U.S.C. § 843(b)

On or about June 22, 2009, in the Fort Worth Division of the Northern District of Texas, **Zana Danko Sessions**, defendant, did intentionally and knowingly use a communication facility in causing and facilitating the commission of a felony offense under the Controlled Substances Act, to wit: the unlawful distribution of hydrocodone, a Schedule II controlled substance.

In violation of 21 U.S.C. § 843(b).

## FORFEITURE ALLEGATIONS

1.  Upon conviction of the offense alleged in Count One of this Indictment the defendants **Thomas L. Gerry,** also known as "Hammer", also known as "Zeke", **John Reginald Holt, Steven Ray Adams,** also known as "Duck", **Wade Phillip Smith, Roger George Flat, Rene Gloria Cruz, Juan Gloria Cruz, Herbert Philip Anderson,** also known as "Andy", **Brian Eugene Pearlman, Robert Leslie Bays, Farrell Coleman, Robin Berthold, Kent Daniel Burton, Kelly Joseph Murphy, Lydia Faye Cedillo, Gabriel Hernandez, Miyoshia Wylynn Nance,** also known as "Yodie", shall forfeit to the United States in accordance with 21 U.S.C. § 853(a), any property constituting, or derived from proceeds obtained, directly or indirectly, by the said defendants, as a result of the said violation and any of their property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following:

    a.    A sum of money equal to $5,000,000 in United States currency, representing the amount of proceeds obtained as a result of said offense, for which the defendants are jointly and severally liable.

    b.    All of that lot or parcel of land, together with its buildings, appurtenances, and improvements, fixtures, attachments and easements located at 2022 Cherry Circle, Grand Prairie, TX 75050; more particularly described as:

        Lots 1, 2, 3, and 4 of Manor Oaks Addition, an addition to the city of Grand Prairie, Dallas County, Texas, according to the plat thereof recorded in volume 22, page 241, map records, Dallas County, Texas.

**Indictment**                                                                                   **Page 4 of 6**

    c.       All of that lot or parcel of land, together with its buildings, appurtenances, and improvements, fixtures, attachments and easements located at 3904 Lost Creek Blvd., Aledo, Texas, 76008-3656; more particularly described as:

              Lot 37, Block 4, Lost Creek, an  Addition to the City of Fort Worth, Tarrant County, Texas according to the Plat recorded in Volume 388-115, Page 97, Plat Records, Tarrant County, Texas.

2.      If any of the property described above as a result of any act or omission of the

defendant(s) --

      (a) cannot be located upon the exercise of due diligence;
      (b) has been transferred or sold to, or deposited with, a third party;
      (c) has been placed beyond the jurisdiction of the court;
      (d) has been substantially diminished in value; or
      (e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any

other property of the said defendant(s) up to the value of the forfeitable property described

above.

**Indictment**                                                    **Page 5 of 6**

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
FREDERICK M. SCHATTMAN
Assistant United States Attorney
State Bar of Texas No. 17728400
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
817.252.5228
817.978.3094 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

THOMAS L. GERRY, (01)
a/k/a "Hammer"and "Zeke"
JOHN REGINALD HOLT (02)
STEVEN RAY ADAMS (03)
a/k/a "Duck"
WADE PHILLIP SMITH (04)
ROGER GEORGE FLITTIE (05)
RENE GLORIA CRUZ (06)
JUAN GLORIA CRUZ (07)
HERBERT PHILIP ANDERSON (08)
a/k/a "Andy"
BRIAN EUGENE PERRYMAN (09)
ROBERT LESLIE BAYS (10)
FERRELL COLEMAN (11)
ROBIN BERTHELOT (12)
KENT DANIEL BURTON (13)
KELLY JOSEPH MURPHY (14)
LYDIA FAYE CEDILLO (15)
GABRIEL HERNANDEZ (16)
MIYOSHIA WYLYNN NANCE (17)
a/k/a "Yodie"
ZANA DANKO SESSIONS (18)

INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)
Conspiracy to Distribute and Possess with Intent to Distribute
More than 500 Grams of Methamphetamine

(COUNT 1)

21 U.S.C. § 843(b)
Unlawful Use of a Communication Facility

(COUNT 2)

21 U.S.C. § 853
(FORFEITURE ALLEGATIONS)

----------------------------------------------------------------------------

A true bill rendered,

FORT WORTH                                       _____ FOREPERSON

Filed in open court this <u>9th</u> day of September, A.D. 2009.

----------------------------------------------------------------------------

<u>IN CUSTODY - Gerry (01), Holt (02), Adams (03), Smith (04), Flittie (05), Anderson (08), Berthelot (12), Nance (17)</u>

<u>PRE-TRIAL RELEASE - Perryman (09), Bays (10), Cedillo (15), Hernandez (16), Sessions (18)</u>

<u>WARRANT ISSUED - Rene Cruz (06), Juan Cruz (07), Coleman (11), Burton (13), Murphy (14)</u>

UNITED STATES MAGISTRATE JUDGE

Magistrate Court Number: 4:09-MJ-205

CTJ/RMF

# ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

<table>
<tr><td colspan="2"><b>Related Case Information</b></td></tr>
<tr><td>Superseding Indictment: ☐ Yes ☒ No</td></tr>
<tr><td>New Defendant: ☒ Yes ☐ No</td></tr>
<tr><td>Pending CR Case in NDTX: ☐ Yes ☒ No</td></tr>
<tr><td>Search Warrant Case Number: _____ Rule 20 from District of: _____</td></tr>
<tr><td>Magistrate Case Number: <u>4:09-MJ-205</u></td></tr>
</table>

1. **Defendant Information**

   Juvenile:   ☐ Yes   ☒ No

   Sealed:   ☐ Yes   ☒ No

   Defendant Name
   **THOMAS L. GERRY (01)**

   Alias Name: "Hammer" and "Zeke"
   Address

## 4-09CR-115-A

2. **U.S. Attorney Information**

   AUSA   <u>Fred Schattman</u>                    Bar # <u>17728400</u>

3. **Interpreter**

   ☐ Yes   ☒ No

   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: 08/20/09

   ☒ Federal Inmate

   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1        ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date <u>9 Sept 09</u>                    Signature of AUSA: *Frederick Schattman*

ORIGINAL

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No | |
| New Defendant: ☒ Yes ☐ No | |
| Pending CR Case in NDTX: ☐ Yes ☒ No | |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ | |
| Magistrate Case Number: 4:09-MJ-205 _____ | |

1.   **Defendant Information**

Juvenile:   ☐ Yes   ☒ No

Sealed:   ☐ Yes   ☒ No

Defendant Name
**JOHN REGINALD HOLT (02)**

Alias Name:
Address

**4-09CR-115-A**

2.   **U.S. Attorney Information**
AUSA   Fred Schattman                    Bar # 17728400

3.   **Interpreter**
☐ Yes   ☒ No
If Yes, list language and/or dialect: _____

4.   **Location Status**

Arrest Date: 08/20/09

☒ Federal Inmate

☐ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant:  1      ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date 9 Sept 09 _____      Signature of AUSA: *Frederick Schattman*

CTJ/RMT

# ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

<table>
<tr><td colspan="2" align="center"><strong>Related Case Information</strong></td></tr>
<tr><td>Superseding Indictment: ☐ Yes ☒ No</td></tr>
<tr><td>New Defendant: ☒ Yes ☐ No</td></tr>
<tr><td>Pending CR Case in NDTX: ☐ Yes ☒ No</td></tr>
<tr><td>Search Warrant Case Number: _____ Rule 20 from District of: _____</td></tr>
<tr><td>Magistrate Case Number: <u>4:09-MJ-205</u></td></tr>
</table>

1. **Defendant Information**

   Juvenile:   ☐ Yes  ☒ No

   Sealed:    ☐ Yes  ☒ No

   Defendant Name
   **STEVEN RAY ADAMS (03)**

   Alias Name: "Duck"
   Address

# 4-09CR-115-A

2. **U.S. Attorney Information**
   AUSA   <u>Fred Schattman</u>            Bar # <u>17728400</u>

3. **Interpreter**

   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: 08/20/09

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1        ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

   Date  9 Sept 09                 Signature of AUSA: *Frederick Schattman*

CTJ/RMF **ORIGINAL**

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 |

1. **Defendant Information**

   Juvenile:   ☐ Yes ☒ No

   Sealed:    ☐ Yes ☒ No

   Defendant Name
   **WADE PHILLIP SMITH (04)**

   Alias Name:
   Address

   **4-09CR-115-A**

2. **U.S. Attorney Information**
   AUSA   Fred Schattman            Bar # 17728400

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**
   Arrest Date: 08/20/09

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1     ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date  9 Sept 09            Signature of AUSA: Frederick Schattman

CTJ/RMT

ORIGINAL

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| | **Related Case Information** |
| | Superseding Indictment: ☐ Yes ☒ No |
| | New Defendant: ☒ Yes ☐ No |
| | Pending CR Case in NDTX: ☐ Yes ☒ No |
| | Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| | Magistrate Case Number: 4:09-MJ-205 _____ |

1.     **Defendant Information**

    Juvenile:   ☐ Yes  ☒ No

    Sealed:    ☐ Yes  ☒ No

    Defendant Name
    **ROGER GEORGE FLITTIE (05)**

    Alias Name:
    Address

**4-09CR-115-A**

2.     **U.S. Attorney Information**
    AUSA   Fred Schattman           Bar # 17728400

3.     **Interpreter**
    ☐ Yes ☒ No
    If Yes, list language and/or dialect: _____

4.     **Location Status**

    Arrest Date: 08/20/09

    ☒ Federal Inmate
    ☐ Already in State Custody
    ☐ On Pretrial Release
    ☐ Warrant to Issue

5.     **U.S.C. Citations**

    Total # of Counts as to This Defendant: 1     ☐ Petty    ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date _9 Sept 09_         Signature of AUSA: *Frederick Schattman*



*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
| --- |
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1. **Defendant Information**
   Juvenile:   ☐ Yes  ☒ No
   Sealed:     ☐ Yes  ☒ No

   Defendant Name
   **RENE GLORIA CRUZ (06)**

   Alias Name:
   Address

   **4-09CR-115-A**

2. **U.S. Attorney Information**
   AUSA   Fred Schattman                     Bar # 17728400

3. **Interpreter**
   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue
   ☒ Warrant Issued

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1        ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date 8Sept 09                    Signature of AUSA: *Frederick Schattman*



*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1. **Defendant Information**

   Juvenile:   ☐ Yes   ☒ No

   Sealed:     ☐ Yes   ☒ No

   Defendant Name
   **JUAN GLORIA CRUZ (07)**

   Alias Name:
   Address

   **4-09CR-115-A**

2. **U.S. Attorney Information**
   AUSA   <u>Fred Schattman</u>

   Bar # <u>17728400</u>

3. **Interpreter**

   ☐ Yes   ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue
   ☒ Warrant Issued

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1      ☐ Petty   ☐ Misdemeanor   ☒ Felony

| <u>Citation</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date <u>9 Sept 09</u>

Signature of AUSA *Frederick Schattman*

CTJ/RMS

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 |

1. **Defendant Information**

   Juvenile:  ☐ Yes ☒ No

   Sealed:   ☐ Yes ☒ No

   Defendant Name
   **HERBERT PHILIP ANDERSON (08)**

   Alias Name: "Andy"
   Address

   **4-09CR-115-A**

2. **U.S. Attorney Information**
   AUSA   Fred Schattman                    Bar # 17728400

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: 08/20/09

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1        ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

   Date _9 Sept 09_          Signature of AUSA: _Fredrick Schattman_

ORIGINAL

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
| --- |
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1.   **Defendant Information**

Juvenile:   ☐ Yes ☒ No

Sealed:     ☐ Yes ☒ No

Defendant Name
**BRIAN EUGENE PERRYMAN (09)**

Alias Name:
Address

# 4-09CR-115-A

2.   **U.S. Attorney Information**
AUSA   Fred Schattman                Bar # 17728400

3.   **Interpreter**
☐ Yes ☒ No
If Yes, list language and/or dialect: _____

4.   **Location Status**

Arrest Date: 08/20/09

☐ Federal Inmate

☐ Already in State Custody

☒ On Pretrial Release

☐ Warrant to Issue

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant: 1          ☐ Petty     ☐ Misdemeanor     ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date  9 Sept 09                  Signature of AUSA: *Frederick Schattman*

CTJ/RMT

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

---

| **Related Case Information** |
| --- |
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 |

1.   **Defendant Information**

Juvenile:   ☐ Yes   ☒ No

Sealed:   ☐ Yes   ☒ No

Defendant Name
**ROBERT LESLIE BAYS (10)**

Alias Name:
Address

**4-09CR-115-A**

2.   **U.S. Attorney Information**
AUSA   Fred Schattman                     Bar # 17728400

3.   **Interpreter**

☐ Yes ☒ No
If Yes, list language and/or dialect: _____

4.   **Location Status**

Arrest Date: 08/27/09

☐ Federal Inmate

☐ Already in State Custody

☒ On Pretrial Release
☐ Warrant to Issue

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant: 1        ☐ Petty     ☐ Misdemeanor     ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date  *9 Sept 09*                     Signature of AUSA: *Frederick Schattman*

CTJ/RMT

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
| --- |
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1.     **Defendant Information**

Juvenile:   ☐ Yes  ☒ No

Sealed:    ☐ Yes  ☒ No

Defendant Name
**FERRELL COLEMAN (11)**

Alias Name:
Address

**4-09CR-115-A**

2.     **U.S. Attorney Information**
AUSA    Fred Schattman                        Bar # 17728400

3.     **Interpreter**

☐ Yes  ☒ No
If Yes, list language and/or dialect: _____

4.     **Location Status**

Arrest Date:

☐ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue
☒ Warrant Issued

5.     **U.S.C. Citations**

Total # of Counts as to This Defendant:   1        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date  9 Sept 09                    Signature of AUSA:  *Frederick Schattman*

CTJRMT

# ORIGINAL

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1. **Defendant Information**

   Juvenile:   ☐ Yes  ☒ No

   Sealed:   ☐ Yes  ☒ No

   Defendant Name
   **ROBIN BERTHELOT (12)**

   Alias Name:
   Address

**4-09CR-115-A**

2. **U.S. Attorney Information**
   AUSA   Fred Schattman          Bar # 17728400

3. **Interpreter**

   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: 08/20/09

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1      ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date   9 Sept 09          Signature of AUSA: *Frederick Schattman*



*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| **Related Case Information** |
| --- |
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1.   **Defendant Information**

    Juvenile:   ☐ Yes  ☒ No

    Sealed:    ☐ Yes  ☒ No

    Defendant Name
    **KENT DANIEL BURTON (13)**

    Alias Name:
    Address

## 4-09CR-115-A

2.   **U.S. Attorney Information**
    AUSA   <u>Fred Schattman</u>           Bar # <u>17728400</u>

3.   **Interpreter**
    ☐ Yes ☒ No
    If Yes, list language and/or dialect: _____

4.   **Location Status**

    Arrest Date:

    ☐ Federal Inmate

    ☐ Already in State Custody

    ☐ On Pretrial Release

    ☐ Warrant to Issue

    ☒ Warrant Issued

5.   **U.S.C. Citations**

    Total # of Counts as to This Defendant:  1      ☐ Petty    ☐ Misdemeanor   ☒ Felony

| <u>Citation</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
| --- | --- | --- |
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date  <u>9 Sept 09</u>          Signature of AUSA: *Frederick Schattman*

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
| --- |
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1.  **Defendant Information**

    Juvenile:   ☐ Yes  ☒ No

    Sealed:     ☐ Yes  ☒ No

    Defendant Name
    **KELLY JOSEPH MURPHY (14)**

    Alias Name:
    Address

**4-09CR-115-A**

2.  **U.S. Attorney Information**
    AUSA   Fred Schattman                    Bar # 17728400

3.  **Interpreter**

    ☐ Yes ☒ No
    If Yes, list language and/or dialect: _____

4.  **Location Status**

    Arrest Date: _____

    ☐ Federal Inmate

    ☐ Already in State Custody

    ☐ On Pretrial Release

    ☐ Warrant to Issue

    ☒ Warrant Issued

5.  **U.S.C. Citations**

    Total # of Counts as to This Defendant:  1          ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date  9 Sept 09                    Signature of AUSA: *Frederick Schattman*



*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| **Related Case Information** |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 _____ |

1.  **Defendant Information**

    Juvenile:   ☐ Yes ☒ No

    Sealed:   ☐ Yes ☒ No

    Defendant Name
    **LYDIA FAYE CEDILLO (15)**

    Alias Name:
    Address

    **4-09CR-115-A**

2.  **U.S. Attorney Information**
    AUSA   Fred Schattman                     Bar # _17728400_

3.  **Interpreter**
    ☐ Yes ☒ No
    If Yes, list language and/or dialect: _____

4.  **Location Status**

    Arrest Date: 09/01/09

    ☐ Federal Inmate

    ☐ Already in State Custody

    ☒ On Pretrial Release

    ☐ Warrant to Issue

5.  **U.S.C. Citations**

    Total # of Counts as to This Defendant: 1      ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date _9 Sept 09_          Signature of AUSA: _Frederick Schattman_


ORIGINAL

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2"><strong>Related Case Information</strong></td></tr>
<tr><td>Superseding Indictment:</td><td>☐ Yes ☒ No</td></tr>
<tr><td>New Defendant:</td><td>☒ Yes ☐ No</td></tr>
<tr><td>Pending CR Case in NDTX:</td><td>☐ Yes ☒ No</td></tr>
<tr><td colspan="2">Search Warrant Case Number: _____ Rule 20 from District of: _____</td></tr>
<tr><td colspan="2">Magistrate Case Number: <u>4:09-MJ-205</u></td></tr>
</table>

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   Sealed:  ☐ Yes  ☒ No

   Defendant Name
   **GABRIEL HERNANDEZ (16)**

   Alias Name:
   Address

**4-09CR-115-A**

2. **U.S. Attorney Information**
   AUSA  <u>Fred Schattman</u>

   Bar # <u>17728400</u>

3. **Interpreter**

   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: 09/01/09

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☒ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1          ☐ Petty     ☐ Misdemeanor     ☒ Felony

| <u>Citation</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date _9 Sept 09_          Signature of AUSA: _Frederick Schattman_

ORIGINAL

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
| --- |
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: 4:09-MJ-205 |

1.   **Defendant Information**

Juvenile:   ☐ Yes   ☒ No

Sealed:   ☐ Yes   ☒ No

Defendant Name
**MIYOSHIA WYLYNN NANCE (17)**

Alias Name: "Yodie"
Address

# 4-09CR-115-A

2.   **U.S. Attorney Information**
AUSA   Fred Schattman

Bar #  17728400

3.   **Interpreter**

☐ Yes ☒ No

If Yes, list language and/or dialect: _____

4.   **Location Status**

Arrest Date: 08/20/09

☒ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant:  1         ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C. §§ 841(a)(1), 846, and 841 (b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute More than 500 Grams of Methamphetamine | 1 |

Date  9 Sept 09         Signature of AUSA:  *Frederick Schattman*

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **1.** **Defendant Information** | |

<table>
<tr><td colspan="2" align="center"><b>Related Case Information</b></td></tr>
</table>

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: _____ Rule 20 from District of: _____

Magistrate Case Number: 4:09-MJ-205 _____

**1.** **Defendant Information**

Juvenile:   ☐ Yes  ☒ No

Sealed:   ☐ Yes  ☒ No

Defendant Name
**ZANA DANKO SESSIONS (18)**

Alias Name:
Address

**4-09CR-115-A**

**2.** **U.S. Attorney Information**
AUSA   Fred Schattman                    Bar # 17728400

**3.** **Interpreter**
☐ Yes  ☒ No
If Yes, list language and/or dialect: _____

**4.** **Location Status**

Arrest Date: 08/20/09

☐ Federal Inmate

☐ Already in State Custody

☒ On Pretrial Release

☐ Warrant to Issue

**5.** **U.S.C. Citations**

Total # of Counts as to This Defendant: 1       ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility | 2 |

Date *9 Sept 09*            Signature of AUSA: *Frederick Schattman*